UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN PABLO CHAVEZ, | CV 18-7564 PA (Ex) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| BERTELSMANN SE AND CO. KGAA, et al. | |
| Defendants. | |

In accordance with the Court's October 16, 2018 Minute Order dismissing the action brought by plaintiff Juan Pablo Chavez ("Plaintiff"), it is HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: October 16, 2018

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE